NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**ROVI GUIDES, INC.,**
*Appellant*

**v.**

**COMCAST CABLE COMMUNICATIONS, LLC,**
*Appellee*

_____

2019-1129, 2019-1131

_____

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2017-00866, IPR2017-00867.

_____

**JUDGMENT**

_____

KRISTINA CAGGIANO KELLY, Sterne Kessler Goldstein & Fox, PLLC, Washington, DC, argued for appellant. Also represented by JASON DANIEL EISENBERG, MICHAEL E. JOFFRE, BYRON LEROY PICKARD, JON WRIGHT.

DAVID LISSON, Davis Polk & Wardwell LLP, Menlo Park, CA, argued for appellee. Also represented by FREDERIC MEEKER, JOHN R. HUTCHINS, BLAIR A. SILVER, BRADLEY CHARLES WRIGHT, Banner & Witcoff, Ltd.,

Washington, DC; GINGER ANDERS, Munger, Tolles & Olson LLP, Washington, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, REYNA, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

 October 3, 2019       /s/ Peter R. Marksteiner
Date       Peter R. Marksteiner
Clerk of Court